COMMITTEE TO PRESERVE AMERICAN COLOR TELEVISION (a.k.a. COMPACT) AND IMPORTS COMMITTEE, TUBE DIVISION, ELECTRONIC INDUSTRIES ASSOCIATION, PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 81-3-00258

Before MALETZ, *Judge.*

MEMORANDUM AND ORDER

(Dated November 15, 1982)

Court No. 81-3-00258

ORDER

(Dated November 15, 1982)

MALETZ, *Judge:* Upon consideration of plaintiffs' motion for consolidation of hearing on preliminary injunction with trial on the

merits, defendant's response thereto, and all other papers and proceedings, it is hereby ordered:

1. That the hearing on plaintiffs' motion for a preliminary injunction is consolidated with the trial on the merits of the amended complaint;

2. That judgment is granted in favor of the defendant on Counts I, II, III, IV and V of the amended complaint; and

3. That this action is dismissed.